### STATE OF CONNECTICUT *v.* JESSE RAY REED
### (9388)

DUPONT, C. J., NORCOTT and FOTI, Js.

Submitted on briefs June 5—decision released June 25, 1991

*Sandra P. Lax,* filed a brief for the appellant (defendant).

*Michael Dearington,* state's attorney, *James A. Killen,* and *Mary Elizabeth Baran,* assistant state's attorneys, filed a brief for the appellee (state).

PER CURIAM. The judgment is affirmed.